IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| JEFFREY TONDALO,<br><br>    Plaintiff,<br><br>  v.<br><br>PRO DISPOSAL, LLC; JOHN GLOVER, JR.; and EMPLOYERS MUTUAL CASUALTY COMPANY,<br><br>    Defendants. | CIVIL ACTION NO.: 4:22-cv-33 |

**O R D E R**

On May 9, 2023, the parties advised the Court that they had reached a settlement of this matter and that they were working to finalize the formal settlement documents and intended to file a joint stipulation of dismissal thereafter. (Doc. 26.) Accordingly, the Court **DIRECTS** the Clerk of Court to **ADMINISTRATIVELY CLOSE** this action, see Heape v. Flanagan, No. 6:07-CV-12, 2008 WL 2439736 (S.D. Ga. June 9, 2008).

Within **thirty (30) days** of the date this Order is entered, the parties—if they wish—may present a dismissal judgment, pursuant to Federal Rule of Civil Procedure 41(a)(2), incorporating the terms of their settlement, so the Court may retain jurisdiction to enforce the agreement. In the alternative, the parties may simply file a joint stipulation of dismissal. If the parties fail to file a dismissal (or, if necessary, move to reopen the case) within thirty (30) days, the Court will *sua*

*sponte* dismiss the case with prejudice. <u>Kokkonen v. Guardian Life Ins. Co. of Am.</u>, 511 U.S. 375, 381–82 (1994).

    **SO ORDERED**, this 9th day of June, 2023.

_____
R. STAN BAKER
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA